IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

NATUROPATHIC LABORATORIES                )
INTERNATIONAL, INC.,                                        )
                                                                            )
                                      Plaintiff,               )
                                                                            )
        vs.                                                          )        Case No. 02-0604-CV-W-GAF
                                                                            )
DERMAL RESEARCH                                        )
LABORATORIES, INC.,                                      )
                                                                            )
                                      Defendant.             )


XX    **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been
        tried and the jury has rendered its verdict.

_      **Decision by Court.**  This action came before the Court.  The   issues have been determined
        and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that

        The jury finds that the chondroitin sulfate contained in the Joint-Ritis products is an "active"
        ingredient that is present in a "pharmacologically effective" amount.

        The jury further finds  that the Joint-Ritis product willfully infringed the '984 Patent.

        The jury further finds that the amount of damages in the form of a reasonable royalty due to
        Dermal is $1,902,173.40.




July 18, 2005_____                        Patricia L. Brune_____
Date                                                       Clerk

                                                            /s/ Tracy L. Diefenbach___
                                                           (by) Deputy Clerk