# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

## AMENDED JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| NATUROPATHIC LABORATORIES INTERNATIONAL, INC., ) ) ) Plaintiff, ) ) vs. ) ) DERMAL RESEARCH ) LABORATORIES, INC., ) ) Defendant. ) | Case No. 02-0604-CV-W-GAF |

\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that

    Naturopathic's Motion for Motion for Judgment as a Matter of Law is GRANTED.


February 17, 2006                         Patricia L. Brune
Date                                    Clerk

                                              /s/ Tracy L. Diefenbach
                                              (by) Deputy Clerk